

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:20CR 00026 BRW |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2252(a)(2) |
| DONALD A. HALE | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | 18 U.S.C. § 3583 |
| | ) | 18 U.S.C. § 3571 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about January 23, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

DONALD A. HALE,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 2

On or about July 9, 2019, in the Eastern District of Arkansas, and elsewhere, the defendant,

DONALD A. HALE,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or about July 10, 2019, in the Eastern District of Arkansas, and elsewhere, the defendant,

DONALD A. HALE,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 4

On or about July 19, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

DONALD A. HALE,

did knowingly possess and access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION ONE

Upon conviction of Count One, Two, Three, or Four of this Indictment, the defendant, DONALD A. HALE, shall forfeit to the United States, under Title 18, United States Code, Section

2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)